**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANGELA ROSE,

    Plaintiff,

v.

ALLEGIANCE HOME HEALTH CARE, INC.,

    Defendant.
_____/

Case No. 08-15109

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
PAUL J. KOMIVES

## ORDER ADOPTING REPORT AND RECOMMENDATION [15]

On January 6, 2010, the Court entered an Order [13] granting Plaintiff's Second Motion for Entry of Default Judgment [12], and referring this matter to the Magistrate for determination of the amount of damages to be awarded in Plaintiff's favor. *See* Fed. R. Civ. P. 55(b)(2)(B).

Now before the Court is the Magistrate Judge's Report and Recommendation [15], filed March 5, 2010, which recommends that damages be entered in Plaintiff's favor in the amount of $79,012.84. By the March 22, 2010, deadline, no party had filed an objection to the Report and Recommendation. There having been no objection, and the Court having reviewed the record and being fully advised in the premises,

    **IT IS HEREBY ORDERED** that the Report and Recommendation [15] is **ADOPTED**, and is hereby entered as the findings of the Court.

    **IT IS FURTHER ORDERED** that a Default Judgment shall be entered in Plaintiff's favor in the amount of **$79,012.84**.

    **IT IS FURTHER ORDERED** that this case shall be **DISMISSED**.

    **SO ORDERED**.

                                 S/ARTHUR J. TARNOW
                                 Arthur J. Tarnow
                                 United States District Judge

Dated: April 2, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 2, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE
Case Manager